**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JUDITH ADELA LOPEZ,** ***on behalf of herself and all other persons similarly situated,***

**Plaintiff,**

**-against-**

**AMANDA FRANCES INC.,**

**Defendant.**

**26-cv-1471 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that settlement has been reached in principle, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days.

**SO ORDERED.**

**Dated:** **August 5, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**